

**NUMBER 13-19-00060-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN RE HILARY SHEARD**

**On Petition for Writ of Mandamus.**

# ORDER

**Before Justices Benavides, Longoria, and Hinojosa**
**Order Per Curiam**

Relator Hilary Sheard filed a petition for writ of mandamus in the above cause through which she contends that the trial court abused its discretion in awarding her only a portion of the attorney's fees she sought for her representation of Humberto Garza in a post-conviction writ of habeas corpus in trial court cause number CR-3175-04-G(1) in the 370th District Court of Hidalgo County, Texas. The Court requests that the real parties in interest, the State of Texas, acting by and through the District Attorney for Hidalgo County, Texas, and Humberto Garza, or any others whose interest would be directly

affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.   *See* TEX. R. APP. P. 52.2, 52.4, 52.8(b).

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
11th day of February, 2019.

2